UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 OCT 28  P 3:20
US DISTRICT COURT
HARTFORD CT

Marion Holeman, Admin.
Estate of Darrell Holeman, et al
    Plaintiff

: CASE NO. 3:00CV1608(DJS)
:
:
:
- v -
:
:
City of New London,
    Defendant
:
:

### ORDER

The Motion of the Department of Corrections for a Protective Order **[doc. #80]** and the Motion of the Office of Adult Probation for a Protective Order **[doc. #78]** are **DENIED**. The Court **ORDERS** the following:

1. That the protected material in the control of the **Office of Adult Probation** be released to the parties. The use, copying and dissemination of the records discussed in the Motion for a Protective Order **[doc. #78]** shall be limited to their necessary uses for the trial of this action and shall be placed under seal at the conclusion of this matter.

2. That the protected material in the control of the **Department of Corrections** be released to the parties. The use, copying and dissemination of the records discussed in the Motion for a Protective Order **[doc. #80]** shall be limited to their necessary uses for the trial of this action and shall be placed under seal at the conclusion of this matter.

**IT IS SO ORDERED** at Hartford, Connecticut, this 28th day of October, 2003.

DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE