UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION HOLEMAN AND : | |
| WALLACE HOLEMAN, : | |
| ADMINISTRATRIXES OF THE : | |
| ESTATE OF DARRELL HOLEMAN : | NO.: 3:00CV1608 (DJS) |
| : | |
| v. : | |
| : | |
| CITY OF NEW LONDON, : | |
| NEW LONDON POLICE DEPARTMENT, : | |
| GASPAR VINCENT GARCIA, : | |
| BRUCE RINEHART, GREG WILLIAMS : | |
| AND JOHN DOE : | FEBRUARY 12, 2004 |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

The Defendants, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, hereby respectfully move this Court for a Protective Order, prohibiting the plaintiff from (1) compelling the defendant's liability expert, Lt. Daniel Wicks, to copy entire treatises and books, thousands of pages, cover to cover, when the expert referenced and/or reviewed only a few selected pages from each book; (2) compelling the expert to mark and submit the original treatises and books into evidence instead of copies, the treatises and books being materials the expert uses and relies upon in his occupation; and (3) an order limiting the duration of the deposition to (3) three more hours testimony time. As more specifically set forth in the attached memorandum of law, the defendants

ORAL ARGUMENT IS REQUESTED

represent as follows in support of this motion:

1. On November 24, 2003, the plaintiff deposed the defendant's liability expert, Lt. Daniel Wicks, which started at 10:20 a.m. and ended 4:55 p.m. on that date, with a break for lunch;

2. In an effort to accommodate the plaintiff's counsel, Attorney Moore, the defendants did not object to a *reasonable* continuation to complete the deposition of Lt. Wick's despite the limitations of Rule 30(d)(2);

3. On Tuesday, February 10, 2004, the plaintiff began the continuation of the deposition of the defendant's liability expert, Lt. Daniel Wicks;

4. During the course of the deposition, plaintiff's counsel Attorney Moore represented that she was entitled to a copy of all the treatises and books brought to the deposition by Lt. Daniel Wicks, which consists of eight to twelve hard and soft covered books;

5. Attorney Moore represented that the defendants would have to pay for the copying costs;

6. Attorney Moore also represented that she wished to mark each treatise and book with exhibit stickers;

7. Lt. Wicks was apprehensive with respect to placing stickers on his personal treatises and books, and set forth his need for these original materials;

8. In an effort to compromise, undersigned counsel offered Attorney Moore alternative measures for marking the original treatises, including (1) copying the cover and pages relied upon and marking the same, and/or (2) copying each cover, placing an exhibit sticker on the copy and affixing the same to the original book by either paper clip or staple;

9. Attorney Moore rejected the offers of compromise;

10. Attorney Moore refused to continue the deposition despite undersigned counsel informing her that Lt. Wicks had prepared for this second continued deposition and traveled from Massachusetts to attend the same.

WHEREFORE, the defendants in the above matter respectfully request that this Court grant their motion, and issue orders protecting the defendants and its liability expert, Lt. Wicks, as outlined above.

The defendants also request that the plaintiff be compelled to compensate Lt. Wicks for his preparation time, and his appearance at the suspended deposition.

DEFENDANTS,
CITY OF NEW LONDON, NEW LONDON POLICE DEPARTMENT, GASPAR VINCENT GARCIA, BRUCE RINEHART, GREG WILLIAMS AND JOHN DOE

By_____
Daniel C. DeMerchant
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
ct19342

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 12th day of February, 2004.

Sandy M. Moore, Esquire  
Attorney at Law  
80 Broad Street  
New London, CT  06320

Jeffrey T. Londregan, Esquire  
Conway & Londregan, P.C.  
38 Huntington Street  
P.O. Box 1351  
New London, CT  06320-1351

Richard Hustad Miller, Esquire  
P.O. Box 365  
Uncasville, CT 06382

                                                                               _____  
                                                                               Daniel C. DeMerchant