Exhibit A

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

ESTATE OF DARRELL HOLEMAN,    :  CIVIL ACTION NO.:
ET AL., Plaintiffs            :  3:00-CV1608 (DJS)
                              :
VS.                           :
                              :
CITY OF NEW LONDON, ET AL.    :
Defendants                    :  NOVEMBER 24, 2003


                    DEPOSITION OF DANIEL C. WICKS
```

A P P E A R A N C E S:

```
    LAW OFFICE OF SANDY M. MOORE
    Attorney at Law
        80 Broad Street
        New London, Connecticut   06320
    BY:  SANDY M. MOORE, ESQ.

    Representing the Plaintiffs.



    HOWD & LUDORF
    Attorneys at Law
        65 Wethersfield Avenue
        Hartford, Connecticut   06114
    BY:  DANIEL C. DeMERCHANT, ESQ.

    Representing the Defendants.




                    Kimberly A. Riley
                     Shea & Driscoll
                 Court Reporting Associates
                    16 Seabreeze Drive
               Waterford, Connecticut 06385
```

```
                                                              2
```

1               INDEX OF EXAMINATION

2

3   DEPONENT:  Daniel C. Wicks

4                                                           PAGE

5   By Ms. Moore ............................................ 4

6

7                   INDEX OF EXHIBITS

8             (Marked for Identification)

9   PLAINTIFF'S    DESCRIPTION                              PAGE

10     1         Box of documents ...................... 105

11     2         International House of Pancakes report . 105

12     3         Letter to Daniel Wicks from Howd & Ludorf
                 dated 8/1/03 ...........................132
13     4         Report by Daniel C. Wicks ..............140

25                         * * * * *

SHEA & DRISCOLL, LLC (860) 443-3592

3

1    Deposition of DANIEL C. WICKS, a witness in the
2    above-entitled action, taken at the request of the
3    plaintiff pursuant to the Federal Rules of Civil Procedure
4    before Kimberly A. Riley, a Notary Public within and for
5    the State of Connecticut, at the offices of Howd & Ludorf,
6    65 Wethersfield Avenue, Hartford, Connecticut, commencing
7    at 10:20 a.m.
8
9                        * * * * *
10                       STIPULATIONS
11   It was stipulated by and between counsel for the
12   parties that the requirements of notice of the taking of
13   the deposition have been complied; that proof of the
14   qualifications of the Notary Public before whom the
15   deposition is taken has been waived; that objections,
16   except as to matter of form, be reserved to the time of
17   trial; and that the deponent shall read and sign his
18   deposition transcript before a Notary Public within 30 days
19   of its receipt.  It is further stipulated and agreed that
20   if the deposition remains unsigned thirty (30) days after
21   delivery to counsel for the deponent, signature shall be
22   deemed waived, and the deposition may be used as if signed.
23
24
25                       * * * * *

SHEA & DRISCOLL, LLC (860) 443-3592

1  Q   So you're going basically on your travel
2  throughout the country and not any information where you
3  obtained from the New London Police Department with regard
4  to their procedures?
5  A   That's correct.
6      MS. MOORE:  Well, I think this is the
7  perfect point to get dates, because I'm going to
8  need another day.
9      At this point in time it is 4:55 on
10 November 24th.  We're going to conclude the first
11 day of deposition of Lieutenant Daniel Wicks and
12 we are going to reconvene at a date that's going
13 to be announced.
14     (Whereupon the witness was excused and the
15 deposition was suspended at 4:55 p.m.)
16
17              * * * * *