Held
Time 10:00 – 11:50
not settled

00cv1608cal held

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Walter Schatz, PJO
450 Main Street
Hartford
North Chambers, Suite 228, 2nd Floor

March 29, 2004

10:00 am

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLE REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS ONLY, c/o THE HONORABLE DOMINIC J. SQUATRITO, A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. **3-00-cv-1608(DJS)**    **Estate of Darrell Holeman v City of New London**

Thomas R. Gerarde
Alexandria L. Voccio
✓ Daniel C. DeMerchant
Jay T. DonFrancisco
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Jeffrey T. Londregan
Conway & Londregan
38 Huntington St., PO Box 1351
New London, CT 06320

Corinne Waterworth – Adjuster