UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MARION HOLEMAN, Admin.** | | |
| **ESTATE OF DARRELL HOLEMAN, ET AL,** : | **CASE NO.   3:00CV1608 (DJS)** | |
|     **Plaintiff** : | | |
| : | | |
| **- v -** : | | |
| : | | |
| **CITY OF NEW LONDON, ET AL.,** : | | |
|     **Defendants.** : | | |

### ORDER

The Defendant's Motion for a Protective Order is **DENIED [doc. #85].** Plaintiff's Motion for Sanctions **[doc. #87]** is **DENIED**. The Court **ORDERS** the following:

1. The defendant shall produce, at least five days before the scheduled deposition of the expert witness, Lt. Daniel Wicks, copies of all relevant portions of any texts, treatises and books relied on by Lt. Wicks in the preparation of his written report.

2. The defendant shall make available at plaintiff's request, for purposes of physical inspection at the time of the deposition, copies of all texts, treatises and books relied on by Lt. Wicks in the preparation of his expert report.

3. The continued deposition of Lt. Wicks shall be limited to an additional three hours, plus a reasonable period of time for additional questions following any cross-examination.

**IT IS SO ORDERED** at Hartford, Connecticut, this 8th day of April, 2004.

      /s/DJS
**DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE**