# GROTON TOWN POLICE DEPARTMENT
## INCIDENT REPORT

Case No. 96-165
Status: 7

| Report Date | Nature of Case | Officer Code | Supervisor Code |
|---|---|---|---|
| 28 JAN 96 | Disturbance | CARPA | FOGGX |

| Occurred on or between | | | | Crime Y/N | UCR Crime Code |
|---|---|---|---|---|---|
| Date: 28 Jan 96 | Time: 0255 | Date: | Time: | – | |

| Companion Case? Y/N: N | CCP? Y/N: N | Evidence? Y/N: N | Photos? Y/N: N | Teletype? Y/N: N | Value of Stolen Property $ — | Value of Damaged Property $ — |
|---|---|---|---|---|---|---|

| TELETYPE #'s | TYPE: | NUMBER: | TYPE: | NUMBER: |
|---|---|---|---|---|

### PEOPLE CODES
A - Arrested   R - Referred   M - Missing   C - Complainant   V - Victim   S - Suspect   W - Witness   O - Other   (Explain in narrative)

| Code | Name - Last, First, MI | DOB | R | S | EO |
|---|---|---|---|---|---|
| W | Cade, Ronnie, E   JR. | 041769 | B | M | |
| | Street, City, State, Zip: 321 Montauk Ave, New London, CT | Res. Ph.# 437-3028 | Bus Ph.# 449-2059 SUB BASE | | |
| W | Cade, Erica | 040769 | W | F | |
| | Street, City, State, Zip: 45 Sachem Rd   Norwich, CT | Res. Ph.# 889-1865 | Bus Ph.# | | |
| W | Moore, Vernon | 042483 | B | M | |
| | Street, City, State, Zip: 115 Spyglass Circle | Res. Ph.# 445-8207 | Bus Ph.# | | |
| W | Cooper, Maggen | 3/09/77 | B | F | |
| | Street, City, State, Zip: 115 Spyglass Circle Groton, CT | Res. Ph.# 445-8207 | Bus Ph.# | | |
| W | Garcia, Gaspar, V   NLPD OFFICER | 041766 | W | M | |
| | Street, City, State, Zip: 3202 Bigelow Commons, Enfield, CT | Res. Ph.# | Bus Ph.# | | |
| O | Bowens, Stephanie L   SISTER OF RONNIE CADE | 081962 | B | F | |
| | Street, City, State, Zip: 115 Spyglass Cir Groton, CT | Res. Ph.# 445-8207 | Bus Ph.# | | |

Motor Vehicle Codes   A - Abandoned   S - Stolen   R - Recovered   U - Used in Crime   V - Victim   O - Other

| Code | Registration # | State | VIN | Color Top/Bottom | Year | Make |
|---|---|---|---|---|---|---|
| O | 596 JWD | CT | 4A3A15GG2SE036178 | BLK/BLK | 95 | Mitsu |
| | Type: 4Dr | Model: Galant ES | | Remarks | | |
| | Registration # | State | VIN | Color Top/Bottom | | Make |
| | Type: | Model: | | Remarks | | |

| MODUS OPERANDI | 1. Premises | 2. Victim | 3. Entry | 4. Method | 5. Inst. | 6. Circ | 7. Target |
|---|---|---|---|---|---|---|---|
| | 8. Suspect | 9. Suspect | 10. Forc | 11. Vap | 12. Wep | 13. Wepd | 14. Hand |

| Date | Officer Signature |
|---|---|
| 28 Jan 96 | |

GTPD 2A April/93

# GROTON TOWN POLICE DEPARTMENT
## PATROL DIVISION
### INITIAL REPORT

Exhibit 1B

CASE   NUMBER: 96-1650
DATE  &  TIME: 28 JAN 96 0255
OFF. ASSIGNED: B. CARPENTER #717
OFFENSE  TYPE: DISTURBANCE
STATUS   CODE: 8
PAGE 1 OF 3

# COPY

--------------------------------------------------------------

Ptlm K. Ashby and myself were sent to the International House of Pancakes (IHOP) on Route 12 for to meet with a Mr. Garcia regarding a complaint. We were told to call headquarters when we arrived and that the complainant would make himself known to us. I asked if Garcia was an employee or the complainant and I was told the complainant.

Ptlm Ashby and myself arrived at the same time and he went to the pay phone outside of IHOP to call headquarters. I waited next to him and he said "That's the complainant over there.", motioning to a gold colored car that was parked next to the building. Ashby then told me that the complainant was supposed to be a New London cop and that there was mention of a gun. I walked up to the car and asked the male what had happened. He told me that a guy and girl were having an argument and that he stepped in and identified himself. I asked him who he was and he said he was a New London police officer and handed me his wallet which contained a New London police badge and a matching picture identification in the name of Gaspar Garcia. I did not ask him if he was carrying a gun nor did he make mention of one.

Garcia said that it looked like it was getting very heated but after he stepped in they split up and went there own ways. The restaurant was packed with people standing in the lobby. Seeing that everything was alright, Ashby and I left.

Sgt Fogg contacted us and asked us to meet with him near IHOP. He asked us what had happened and said that it was reported that a gun may have been waved around so we went back to the restaurant to see if anyone saw anything. As Sgt Fogg and I walked to the front of the restaurant three or four black males came outside and said that there was a little problem but that everyone was okay. They said that the girl was still inside and was sitting with a female in red. Sgt Fogg asked if they knew anything about a gun being involved and they said no.

PAGE 1 OF 3                          SUPERVISOR:

**COPY**

2

We walked inside the restaurant and spoke with the cashier and she said there was no problem.  We saw the two females identified to us and went to their booth to speak with them.  Sgt Fogg asked what happened and one girl said nothing.  I told her that based on her answers that it appeared that something did, in fact happen.  She then said it was just an argument between her and a boyfriend but that everything was okay.  Sgt Fogg asked if she knew anything about a gun being involved and she said no.  She would only give her name as "Erica" and said that she didn't want to get involved. We then both left.

Later in the shift Sgt Murphy asked me to call headquarters. He told me that the male caller who had telephoned gave him a license plate 596JWD of a car that was leaving that was involved in the disturbance.  The vehicle was a 95 Mitsubishi Galant registered to a Stephanie Bowens of 115 Spyglass Circle, Groton, CT.  Sgt Murphy also told me that the caller said some guy had a gun but the next thing he knew a male came on the phone and said that he was Officer Garcia of the New London Police and that everything was okay.

I went to 115 Spyglass Circle and spoke with Stephanie Bowens. As soon as I walked in she knew why I was there.  She said her 18 year old daughter was very upset about what happened.  I asked her if I could speak with her so she brought her downstairs.  Bowens told me that the girl Maegen Cooper, is not really her daughter but she is living with her.  Cooper came downstairs shaking uncontrollably.  After she calmed down she gave me a written statement about what had happened.

Cooper said that his morning at approximately 0230 she went to IHOP with Bowens' son Vernon and his uncle Ronnie Cade.  She said Ronnie went inside as there were a lot of people in the restaurant. When he came out his wife Erica was following him.  She began yelling at him and he tried to leave in his car but she would either bang on the windows or stand in front of it.  This went back and forth and after some time she saw a male run by the car.  She saw him pointing a semiautomatic pistol at Ronnie and tell him to move away from her.  While he did this she described that he pulled the slide back.  He then told Erica to get in her truck.  The next thing Maegen knew, Ronnie was getting in the car and said "Don't worry about it he was a cop."  Then they left.

Ronnie drove the car to his house and Maegen drove home with Vernon.  On the way back to the house Vernon told her that that guy could have been a cop because he didn't have a holster and that he pulled the gun from some bag in his front.  When they got home they told Bowens what had happened.  Bowens was upset at what her brother had done and decided to talk about the incident later in the morning.

**PAGE 2 OF 3**                              **SUPERVISOR:**

3

Maegen said she knew the gun was a semiautomatic because she has seen them on television and that he "cocked it by pulling the thing on the top back." She also said that she did not think he was a police officer because he didn't yell "police" or "flash his badge" like the cops she saw on TV. She described the man as white or "spanish", short, 5'6" with a muscular build and light blonde hair. He was wearing a grey sweatshirt and light blue jeans and possibly glasses. Her description matched that of the man I had spoke to at IHOP who produced his police identification.

Bowens said that her son Vernon was asleep and he would not awaken when she tried. She said she would contact us later today so he could be interviewed.

# COPY

PAGE 3 OF 3                    SUPERVISOR:

**CASE #:96-1650**                                    Exhibit 1C
**DATE & TIME:01-28-96/0245**
**OFFICER ASSIGNED:SGT. MURPHY**
**STATUS:7**
**OFFENSE:DISTURBANCE**

On this date I answered a phone call that 911 had transferred to us. There was a male caller on the line who told me that there had been a disturbance at IHOP and that one party was leaving the area in Ct. registration 596-JWD. The male caller then went onto say that there was a male present who was identifying himself as a Police Officer and that this male had a gun. This male went on to say that he didn't know if the person was really a Police Officer or not. Before I could get any further information from the caller another male voice got on the phone and identified himself as Officer Garcia from New London PD.

I asked this male what was going on and he told me that there had been a domestic and that one party had left and that everything was okay. I then asked this male if there was a gun involved and he told me that there wasn't. The male had made some reference to the fact that it didn't get ugly. I again asked him about a gun and he again indicated that there wasn't any gun. I told the caller to remain where he was and that I was sending two cars up to him. The male caller then wanted to know how long it was going to take and I told him that I was going to dispatch them right away.

I dispatched Officer Carpenter and Officer Ashbey and advised them to met with a Mr. Garcia and to call HQ upon arrival. Officer Ashbey then called and I advised him of what had transpired. Officer Ashbey then relayed the info to Officer Carpenter. I also advised Sgt. Fogg of what was said at which time he had responded to IHOP as well.

After the units had cleared IHOP I was advised that no one had seen a gun. I was also advised that the other half of the disturbance was contacted at IHOP and stated that there wasn't a gun involved and that she was less than cooperative. I was also advised that Officer Carpenter had infact made contact with Officer Garcia.

I then assigned Officer Carpenter to make contact with the registered owner of 596-JWD to see if they had anything to add. I then received a phone call from Officer Carpenter advising me that there was more to the story, infact a gun had been displayed. I asked Officer Carpenter who had displayed the gun and he told me that the description of the male matches that of Officer Garcia whom he had spoken to at IHOP. I contacted Lt. Morton and advised him what had transpired.

**COPY**

Supervisor _____

**GROTON TOWN POLICE DEPARTMENT**
**SUPPLEMENTAL REPORT**

Exhibit  1D

CASE   NUMBER:      96-01650
DATE  &  TIME:      28-JAN-96  0630 HRS.
OFFICER ASSIGNED:   LT. M.MORTON
INCIDENT:           MAN WITH A GUN
CASE  STATUS:       7

===============================================================

On this date I was advised by Sgt. Murphy that there had been a report of a domestic at the IHOP Restuarant on Rt.12 in Groton. Witnesses reported that a male had pointed a handgun at the two persons involved in the domestic; that the person pointing the handgun had been identified as a New London Police Officer.

Upon my arrival at HQ Sgt. Murphy advised me that Off. Ben Carpenter was in the process of getting a written statement from a witness identified as Maegen Cooper (age 18) of 115 Spyglass Circle, Groton. Cooper was a friend of Ronnie Cade, one of the persons involved in the domestic at IHOP. Sgt. Murphy advised that he spoke to a male who identified himself as Off. Garcia and that he was at IHOP. There had been a domestic there but that both parties left the area. Sgt. Murphy told Off. Garcia to remain at IHOP until officers arrived. When officers arrived they spoke with Off. Garcia who produced valid identification as a New London PD Officer. Off. Garcia advised that no one had a gun. He then left the area. Afterwards Off. Carpenter determined that supposedly the person with the gun had been Off. Garcia. Off. Carpenter went inside IHOP and was able to locate Erica Cade at a booth. When asked about the gun Erica Cade said that she never saw any gun and that there had been no problem between her and her boyfriend (meaning her husband).

Off. Carpenter then tracked Ct. registration 596JWD, which was reported to be the MV in which Ronnie Cade had left in, to the Bowens residence at 115 Spyglass Circle, Groton. Maegen Cooper, who resides at that address with Mrs. Bowens, had been a witness to the domestic incident at IHOP and stated she saw a hispanic male point a silver handgun at Ronnie Cade. Cooper reported that she and her 12-year old brother had been sitting in a car in the parking lot of IHOP when she witnessed Ronnie Cade and his ex-wife Erica Cade arguing in front of IHOP. She saw a Hispanic male point the handgun at Ronnie and tell him to step away. He also told Erica to get in a truck. Ronnie stepped away and got into the car with Maegen Cooper and her brother. They then drove away. Cooper drove Ronnie to his home at 321 Montauk Avenue, New London and she returned to her home at 115 Spyglass Circle.

- Page 1 of 3 -

COPY

Upon Off. Carpenter's arrival at HQ I requested that he put in a report at this time. I then reviewed the 9-1-1 phone call reporting the incident at IHOP. At 024523 hrs. this date 9-1-1 received a call from the area of IHOP which lasted approx. 14 seconds. It sounded as though there was an argument in progress. The call was disconnected at approx. 024537 hrs. At 024623 hrs. 9-1-1 received another call on the routine phone line, which was transferred to the Town Police phone. Sgt. Murphy spoke to a male who identified himself as Off. Garcia. Off. Garcia said there had been a minor problem but that both parties left the area. Sgt. Murphy asked if there had been any weapons involved and Off. Garcia said No weapons. He said this twice. Off. Garcia again said that there were "no guns on the scene" and something to the affect that it didn't get ugly. I instructed 9-1-1 to make a copy of this telephone conversation.

At 0930 hrs. I and Off. Carpenter went to Ronnie Cade's residence at 321 Montauk Avenue, New London, Ct. in an attempt to interview him concerning Off. Garcia pointing a gun at him. Ronnie Cade did not answer his door; nor did he answer his telephone when HQ attempted to call him. I noticed a blue Honda Civic parked in the rear driveway to the residence. The registration was Ct. ERICAV. This reg. is listed to Erica Cade.

Upon returning to HQ I attempted to contact Erica Cade at her Norwich residence but had to leave a message on her answering machine. I then called Mrs. Bowens and asked how I might contact her brother Ronnie Cade. Mrs. Bowens advised me that Ronnie Cade was probably at home when I was there but refused to answer the door. Mrs. Bowens said she would attempt to contact him and have him contact me.

At approx. 1033 hrs. Erica Cade contacted me at HQ. She stated that she was at 321 Montauk Ave. in New London and that she and Ronnie Cade had been asleep when I was there earlier. When I asked her about seeing a gun pointed at her and Ronnie during their earlier domestic at IHOP she denied seeing any type of gun. I also asked her if she knew Off. Garcia and she replied she did not. I asked her if Ronnie was there and she said he was still asleep. I asked her to have him call me ASAP. A short time later Ronnie Cade called me and when I asked him about Off. Garcia pointing a gun at him he replied that he did see a gun. Cade stated that while he was arguing with Erica he looked to his left and saw a hispanic male pointing a chrome S&W handgun at him. This hispanic male told him to get away from her (Meaning Erica). The male did not identify himself until after he told Ronnie to move away. He then said tha he was a Police Officer. He described this hispanic male as wearing glasses and with black hair. Cade said he moved away, got into a car and left the area, returning to his home in New London.

- Page 2 of 3 -

COPY

I contacted Capt. Lacey of NLPD and advised him of the incident and requested information on Off. Garcia; namely his full name and his address/phone number. Capt. Lacey was very cooperative and requested that he be advised of our investigation. Capt. Lacey advised me that Off. Garcia started work at 1500 hrs. this date. An attempt was made to contact Off. Garcia at his residence but he was not home. A message was left for him to contact me.

Lt. M. Morton                                    Supervisor:

COPY