CASE# 96-1650   DATE: 1/31/96   TIME STARTED: 1200   PAGE 1 of 3 PAGES

STATEMENT OF: GASPAR V. GARCIA Jr.   PHONE: 745-6999   WORK PHONE: 443-4315

I _____ do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says:

I AM 29 YEARS OF AGE (D.O.B. 4/17/66) AND RESIDE AT 3202 BIGELOW COMMONS, ENFIELD, CT. WITH MY WIFE & 2 CHILDREN. I AM EMPLOYED AS A PATROLMAN WITH THE NEW LONDON, CT. POLICE DEPT. SINCE DEC. 27, 1994. PRIOR TO THAT I WAS A PATROLMAN WITH THE CO-OP CITY P.D. IN NEW YORK CITY FOR 3 YEARS.

ON SATURDAY NIGHT (1/27/96) I WORKED THE 3 TO 11 SHIFT IN NEW LONDON. AFTER WORK I WENT TO THE DEL MAR ON RT. 12 IN GROTON TO SHOOT SOME POOL. I LEFT THE DEL MAR AROUND CLOSING AND WENT TO THE IHOP RESTAURANT ON RT. 12 TO GET SOMETHING TO EAT AND MEET SOME FRIENDS. I HAD DRANK SODA AT THE DEL MAR AND MAY HAVE SIPPED SOME BEER FROM A FRIEND'S GLASS BUT DID NOT HAVE ANY LIQUOR ON MY OWN.

AS I WAS LEAVING IHOP WITH A FEMALE FRIEND (MICHELLE - LAST NAME IS UNKOWN TO ME) FROM NEW LONDON I SAW A BLACK MALE AND A WHITE FEMALE ARGUING IN FRONT OF IHOP. I SAW THE ARGUMENT ESCALATE AND AS THE FEMALE STARTED TO WALK AWAY, THE BLACK MALE HIT HER ON THE LEFT

I have read (or have had read to me) this statement of ____ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut
County of New London } SS Town of Groton

Subscribed and sworn to before me this 31 day of JAN, 1996

Signature

Notary Public, Sergeant, Lieutenant

Typed Name/Rank: LIEUTENANT

Time Ended: ____

My Commission Expires: ____

Exhibit 1I

[COPY stamp]

#96-1650  DATE: 1/3/96  TIME STARTED: ____  PAGE 2 of 3 PAGES
STATEMENT OF: GASPAR GARCIA  PHONE: ____  WORK PHONE: 443-4315

I, _____, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says:

SIDE OF HER HEAD WITH HIS RIGHT HAND. HE THEN GRABBED HER AND SHOVED HER INTO THE TELEPHONE STANDS.

I STARTED TOWARDS THIS BLACK MALE TO INTERVENE IN THEIR FIGHT. I HAD MY NLPD IDENTIFICATION AND BADGE IN MY LEFT HAND. I IDENTIFIED MYSELF AND TOLD THIS MALE TO BACK AWAY. HE THEN STARTED TO APPROACH ME. I TOLD HIM TO GET AWAY AGAIN AND HE STARTED TO APPROACH ME AGAIN.

I WAS WEARING A BLACK FANNY POUCH AROUND MY WAIST WITH MY OFF-DUTY HANDGUN IN IT. I TOOK THE GUN OUT AND HELD IT POINTING DOWN AT THE LOW READY. I WAS CONCERNED BECAUSE OF THE VIOLENT ARGUING. I ALSO YELLED FOR SEVERAL NEARBY FEMALES TO CALL 9-1-1. MY GUN IS AN INTERARMS FIRESTAR PLUS STAINLESS STEEL 9mm SEMI-AUTOMATIC HANDGUN.

WHEN THIS BLACK MALE SAW MY GUN HE BACKED OFF AND SAID HE DIDN'T WANT ANY TROUBLE. I AGAIN ID'ED MYSELF TO HIM. HE SAID

I have read (or have had read to me) this statement of ____ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut
County of New London } SS  Town of Groton

**COPY**

Signature: _____
Subscribed and sworn to before me this 31 day of JAN, 1996
Notary Public, Sergeant, Lieutenant
Typed Name/Rank: LIEUTENANT
My Commission Expires: ____

Witness Signature: ____
Typed Name: ____
Time Ended: ____

96-1650  DATE: 1/31/96  TIME STARTED: _____  PAGE 3 of 3 PAGES
STATEMENT OF: GASPAR GARCIA  PHONE: _____  WORK PHONE: 443-4315

I, _____, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says:

HE WAS OUT OF THERE AND GOT INTO A CAR AND DROVE OFF. I SAW ANOTHER FEMALE TAKE DOWN THE CAR'S REGISTRATION.

THE WHITE FEMALE HE HAD BEEN FIGHTING WITH SAID HE WASN'T DOING ANYTHING, THAT IT WAS OKAY, LEAVE HIM ALONE. SHE THEN WENT BACK INSIDE IHOP.

I THEN WENT TO ONE OF THE PHONES AND SPOKE TO THE POLICE. I WAS TOLD TO WAIT FOR THE POLICE TO ARRIVE AND I DID.

ONE OF THE GROTON TOWN POLICE OFFICERS ASKED ME IF THERE HAD BEEN ANY GUNS INVOLVED AND THINKING ONLY ABOUT THE COUPLE ARGUING I SAID NO. I WASN'T THINKING ABOUT MYSELF HAVING A GUN, ONLY THE BLACK MALE AND WHITE FEMALE.

DURING THIS INCIDENT MICHELLE, THE FEMALE I WAS WITH, HAD NOT YET ENTERED MY CAR. I DO NOT KNOW IF SHE SAW EVERYTHING. I WILL ATTEMPT TO CONTACT HER. SHE WORKS AT FOXWOODS CASINO.

I DO NOT KNOW EITHER OF THE TWO PEOPLE INVOLVED IN THIS INCIDENT AT IHOP, NOR HAVE I HAD ANY CONTACT BEFORE WITH THEM.

I have read (or have had read to me) this statement of ___ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut
County of New London } SS: Town of Groton

Subscribed and sworn to before me this 31 day of JAN, 1996

**COPY**

Signature: _____
Notary Public, Sergeant, Lieutenant
Typed Name/Rank: LIEUTENANT
My Commission Expires: _____

Witness Signature: _____
Time Ended: 12:45 PM
Typed Name: _____

GROTON TOWN POLICE DEPARTMENT
SUPPLEMENTAL REPOF

Exhibit 1J

```
CASE    NUMBER:        96-01650
DATE  & TIME:          31-JAN-96    1545 HRS.
OFFICER ASSIGNED:      LT. M.MORTON
INCIDENT:              MAN WITH A GUN
CASE    STATUS:        7
```

After interviewing Off. Garcia of the New London Police Dept. I advised him that I would attempt to locate the female he identified as Michelle, so that I might speak with her about the incident at IHOP. He said he would try to contact her. At approx. 1400 hrs. I received a phone call from Michelle Brooks who stated that she had been with Off. Garcia at IHOP on Saturday night and witnessed the domestic in the front lot. Michelle Brooks came to HQ and gave a written statement of what she had witnessed at IHOP.

Michelle stated that she has known Officer Gaspar Garcia for about 8 months. She met him through mutual friends of the New London Police Department, where her uncle, Wayne Monte, is an officer. Michelle said that she knows Off. Garcia to be a quiet guy and has never known him to cause or be in any kind of trouble.

Michelle Brooks said that on Saturday night (01/27/96) she met Off. Garcia at the Del Mar on Rt.12 in Groton. They played pool with some other friends and at closing they all went to IHOP for something to eat. Afterwards, Michelle left IHOP with Off. Garcia, intending to drive her home. When they got outside they heard loud arguing and she saw a black male and a white female arguing. They stopped to listen and Michelle saw the black male push the female. He then slapped her on the side of her head and shoved her into the telephone stand in front of IHOP.

Michelle said that at this time Off. Garcia ran towards the black male and yelled for him to leave the female alone. This black male did not seem to want to let the female alone. She heard Off. Garcia identify himself as a police officer but the male and female continued to argue. She then saw Off. Garcia reach to his waist and heard him shout for some females nearby to call 9-1-1. She did not see him point any gun at either the male or female. She heard the white female tell Off. Garcia that the black male was her husband. Michelle then went inside IHOP to wait.

The black male left the parking lot in a car. Michelle and Off. Garcia waited until the police arrived. Michelle said Off. Garcia spoke to an officer but that no officer spoke to her. Prior to the arrival of police she heard Off. Garcia speak to the police on the pay phones in front of IHOP.

Lt. Matthew Morton                              Supervisor:



**96-1650** DATE: 1/31/96  TIME STARTED: 1550  PAGE 1 of 2 PAGES

STATEMENT OF: Ann Michelle Brooks  PHONE: 848-8985  WORK PHONE: 848-3232

I, A. Michelle Brooks, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says:

I AM 25 YEARS OF AGE (DOB 01/06/71) AND RESIDE AT 442 OLD COLCHESTER ROAD, UNCASVILLE, CT. 06382. I AM MARRIED. I AM EMPLOYED AS A POKER DEALER AT FOXWOODS CASINO IN LEDYARD.

I HAVE KNOW OFF. GARCIA OF THE NEW LONDON POLICE DEPT. FOR ABOUT 8 MONTHS. I MET HIM THRU KNOWING ALOT OF THE NLPD OFFICERS. MY UNCLE IS WAYNE MONTE OF NLPD.

LAST SATURDAY NIGHT (1/27/96) I WAS AT THE DEL MAR ON RT.12 IN GROTON SHOOTING POOL WITH OFF. GARCIA AND SOME OTHER FRIENDS. I DID NOT SEE HIM DRINKING ANY ALCOHOLIC BEVERAGES THAT NIGHT.

AT CLOSING WE WENT TO IHOP ON RT.12 TO GET SOMETHING TO EAT. AS WE WERE LEAVING IHOP (OFF. GARCIA WAS GOING TO GIVE ME A RIDE HOME) WE SAW A BLACK MALE AND A WHITE FEMALE ARGUING IN THE LOT. WE STOPPED TO LISTEN AND I SAW THE BLACK MALE SLAP THE WHITE FEMALE ON THE SIDE OF HER HEAD. HE THEN GRABBED HER AND SHOVED HER AGAINST THE TELEPHONE STAND.

I have read (or have had read to me) this statement of ___ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut  
County of New London } ss. Town of Groton

**COPY**

Signature: A. Michelle Brooks

Subscribed and sworn to before me this 31 day of JAN, 1996

Notary Public/Sergeant/Lieutenant  
Typed Name/Rank: LIEUTENANT

Exhibit 1K  Time Ended: ___

My Commission Expires: ___

No-1650  DATE: 1/31/96  TIME STARTED: ____  PAGE 2 of 2 PAGES
STATEMENT OF: Ann Michelle Brooks  PHONE: 848-8985  WORK PHONE: ____

I, Ann Michelle Brooks, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says:

At this time Off. Garcia ran over and told the black male to leave the female alone. He didn't seem to want to leave her alone. Off. Garcia identified himself as a police officer. They continued to argue.

I saw Off. Garcia reach to his waist but I did not see him point a gun at anyone. At this time I went back inside IHOP.

When Off. Garcia told the black male to get away the female said it was okay, that he was her husband.

The male then moved away and left the parking lot in a car.

Officer Garcia spoke to the police on one of the phones and we waited until the police arrived before we left. One of the officers spoke to Off. Garcia but no one spoke to me.

I have read (or have had read to me) this statement of ___ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut
County of New London } SS Town of Groton

Signature: Ann Michelle Brooks

Subscribed and sworn to before me this 31 day of Jan, 1996

Notary Public, Sergeant, Lieutenant
Typed Name/Rank: LIEUTENANT

Time Ended: 1612 hr

COPY