GROTON TOWN POLICE DEPARTMENT
SUPPLEMENTAL REPORT

```
CASE     NUMBER:        96-01650
DATE   & TIME:          02-FEB-96    1700 HRS.
OFFICER ASSIGNED:       LT. M.MORTON
INCIDENT:               MAN WITH A GUN
CASE     STATUS:        7
```
===========================================================================

   On this date I spoke with Vernon Moore, age 12, of 115 Spyglass Circle, Groton, Ct. in the presence of his mother Stephane Bowens regarding what he had seen in front of IHOP on Sunday morning, Feb. 28th, 1996. Vernon had gone to IHOP with his "sister" Maegen Cooper to drop off his "uncle" Ronnie Cade.

   Vernon stated that Ronnie Cade had gone inside IHOP and came out a short time later with his wife Erica following him. Erica and Ronnie were arguing. Ronnie got back into the car and Erica started hitting the front windshield. Ronnie then got back out of the car and the two started arguing very loud. Vernon heard Ronnie say to Erica that she had been drinking and Erica said she had.

   Vernon said he was sitting in the back seat of Maegen's car behind the driver's seat. Maegen was sitting in the front passenger seat. Vernon said the car was parked about 25 to 30 feet from the front of IHOP.

   As Vernon watched Ronnie and Erica argue he saw a male who he described as being short (between 5'5" and 5'10" tall), with very short light brown hair and wearing a gray sweatshirt, run over towards Ronnie and Erica. The male pulled a silver automatic handgun out of a pouch in front of his waist and pointed it at Ronnie. He yelled for Ronnie to get away from Erica. Vernon said he did not see the male show any type of badge. He said that Maegen told him the guy was a cop.

   Vernon heard Erica yell to this male that Ronnie was her husband. Ronnie put up his hands and backed away from Erica. The male told Erica to calm down and then said something to Ronnie. Ronnie got back into the car that Vernon and Maegen were in and drove out of the IHOP parking lot. Ronnie drove to his home in New London where he was dropped off by Maegen. Vernon and Maegen then returned to their home at 115 Spyglass Circle in Groton. Vernon told his mother what had happened at IHOP.



- Page 1 of 2 -          Exhibit 1L

- Page 2 of 2 -

    I asked Vernon how the male with the gun had been pointing the gun at Ronnie; I asked if the male had held the gun pointing downward in front of him. Vernon said the gun was pointed at Ronnie and showed me with his arms outstretched, the gun in his right hand with his left hand underneath. I also asked him if he saw the male do anything with the gun and he said just point it at Ronnie.

------------------------------------

    After my interview with Vernon I spoke with Maegen Cooper. Maegen initially gave a written statement to Officer Carpenter on Jan. 28, 1996. Maegen told Off. Carpenter that she saw a male point a gun at Ronnie Cade. She also stated that she saw this male pull the top of the gun back. I again asked her if the male had pointed the gun down in front of him. She stated he pointed it in front of him with his arms outstretched. She said he also pulled the top back.

Lt. Matthew Morton                    Supervisor:



CASE # 96-1650   DATE: FEB 2, 1996   TIME STARTED: 5:18 pm   PAGE 1 of 2 PAGES
STATEMENT OF: Vernon T. Moore   PHONE: 445-8207   WORK PHONE: —

I, Vernon T. Moore, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deposes and says: I AM 12 YEARS OF AGE (DOB 7/24/83) AND LIVE AT 115 SPYGLASS CIRCLE, GROTON, CT. I AM IN THE 7TH GRADE AT FITCH MIDDLE SCHOOL IN GROTON.

LAST SATURDAY NIGHT (FEB. 27TH) — SUNDAY MORNING (FEB 28TH) ABOUT 2:30 AM I WAS AT HOME WITH MY SISTER MAEGEN. MY MOTHER WAS AT WORK. MY MOTHER'S BROTHER RONNIE CADE WAS HERE AND NEEDED A RIDE TO IHOP ON RT 12 IN GROTON. MAEGEN DROVE RONNIE TO IHOP. I WENT ALONG.

WE DROPPED RONNIE OFF IN FRONT OF IHOP AND HE WENT INSIDE. HE CAME OUT AND HIS WIFE ERICA FOLLOWED HIM OUT. THEY STARTED ARGUING IN FRONT OF IHOP. ERICA HAD BEEN DRINKING BECAUSE I HEARD RON SAY SHE HAD AND ERICA SAID SHE HAD. THEY STARTED TO GET LOUD.

I WAS SITTING IN THE BACK SEAT OF THE CAR BEHIND THE DRIVER'S SEAT AND MAEGEN WAS IN THE FRONT PASSENGER SEAT.

WHILE RONNIE AND ERICA WERE ARGUING I SAW THIS GUY WHO WAS SHORT, HAD SHORT LIGHT BROWN HAIR AND WEARING A GRAY SWEATSHIRT,

Exhibit 1M

Signature: Vernon Moore
Subscribed and sworn to before me this 2 day of FEB, 1996
Notary Public, Sergeant, Lieutenant
Typed Name/Rank: LIEUTENANT

Witness Signature: [signature]

96-1650   DATE: 2/2/96   TIME STARTED: _____   PAGE 2 of 2

STATEMENT OF: Vernon T. Moore   PHONE: 445-8207   WORK PHONE: _____

I, Vernon T. Moore, do hereby make the following statement of my own free will and accord without fear, threat or promise of reward, knowing that what I say may be used in Court. The undersigned deponent and says:

RAN OVER TO THEM. I SAW THIS MALE PULL OUT A SILVER AUTOMATIC AND POINT IT AT RONNIE. HE TOLD RONNIE TO GET AWAY. I DID NOT SEE HIM SHOW ANY BADGE. I HEARD ERICA TELL THE GUY THAT THEY WERE HUSBAND AND WIFE.

RONNIE PUT HIS HANDS UP AND BACKED AWAY FROM ERICA. THE GUY TOLD ERICA TO CALM DOWN. HE SPOKE TO RONNIE AND RONNIE GOT INTO THE CAR. HE SAID THE GUY WAS A COP. WE THEN LEFT IHOP AND WE DROVE TO RONNIE'S HOUSE IN NEW LONDON.

WHEN THE GUY PULLED OUT HIS GUN IT WAS FROM A POUCH AROUND HIS WAIST. MAEGEN SAID THE GUY WAS A COP BUT I DIDN'T SEE ANY BADGE.

V.T.M.

I have read (or have had read to me) this statement of ____ page(s), and it is true to the best of my knowledge. I fully understand that if I make a statement that is untrue and which is intended to mislead a law enforcement officer in the performance of his official functions, I will be in violation of the Connecticut General Statues, section 53a-157. (False Statement is a class A misdemeanor.)

State of Connecticut
County of New London } SS Town of Groton

Subscribed and sworn to before me this 2 day of FEB, 1996

Signature: Vernon Moore
Witness Signature: Stephanie Bowens
Time Ended: 5:35 p
Notary Public, Sergeant, Lieutenant
Typed Name/Rank: H. [illegible] Morton / LIEUTENANT

COPY

## GROTON TOWN POLICE DEPARTMENT
## SUPPLEMENTAL REPORT

exhibit 1N

```
CASE    NUMBER:      96-01650
DATE    &  TIME:     03-FEB-96    1700 Hrs.
OFFICER ASSIGNED:    Lt. M.Morton
INCIDENT:            Man With A Gun
CASE    STATUS:      7
```

**Synopsis:**

On 01/28/96 at approx. 0255 hrs. this PD responded to a reported disturbance at IHOP Restaurant on Rt.12 in Groton in which a male had brandished a handgun. Upon the officers' arrival they met and spoke to Officer Gaspar Garcia of New London Police Department. Off. Garcia was off-duty and after having something to eat he was leaving IHOP when he witnessed a domestic argument outside near the telephones. Off. Garcia intervened and the male half of the domestic left the area and the female went inside IHOP. A bystander called 9-1-1 to report the domestic incident and reported that a male had a gun.

Upon arrival of the responding officers they met and spoke with Off. Garcia. They asked Off. Garcia if a gun had been shown and said no; that no weapons had been shown. Both the male and female involved in the domestic had left.

The officers investigated further and located the female half of the domestic (Erica Cade) inside IHOP. When they questioned her about the incident she was uncooperative. Said said that she did not see any weapons and that she had only been arguing with her husband (Ronnie Cade). An unknown witness had taken down the registration in which the male half of the domestic left the area. This registration came back to a Stephane Bowens of 115 Spyglass Circle in Groton. Off. Carpenter contacted Mrs. Bowens, who said that her friend Maegen Cooper had driven her son, Vernon Moore, and Ronnie Cade to IHOP. Ronnie was looking for some friends.

Maegen Cooper told Off. Carpenter that she had witnessed Ronnie and Erica Cade get into a loud verbal argument in front of IHOP and that an unknown hispanic male (later identified as Off. Garcia) ran over to them and pointed a silver handgun at Ronnie. When asked if Ronnie Cade had physically struck Erica Cade, she said no. That they were only arguing. Cooper further stated that she saw Off. Garcia reach with his left hand and pull back on the slide to his gun.



- Page 1 of 4-

- Page 2 of 4 -

    I contacted Ronnie Cade and he stated that he had gone to IHOP looking for some friends when he was confronted by his wife, Erica. They were outside IHOP and while arguing loudly a hispanic male (later identified as Off. Garcia) started yelling at him to move away and pointed a silver handgun at him. Ronnie cade said that he moved away and Off. Garcia told him the police were coming and that he should leave the area, which he did. He returned to his home in New London. He denied physically striking or shoving his wife Erica.

    I then contacted Off. Garcia and made an appointment for him to speak with me at this PD. Off. Garcia came to HQ where he gave me a written statement regarding this incident. Off. Garcia has been a Patrolman with the New London Police Department for the past 13 months. Prior to becomeing a member of the New London Police Dept. Off. Garcia had been a Patrolman with the Co-op City Police Dept. in New York City for three years.

    I advised Off. Garcia that there had been a complaint about him taking out his handgun and pointing it at a male involved in a domestic in front of IHOP. Off. Garcia said he was leaving IHOP with a female friend (identified as Ann Michelle Brooks of Uncasville, Ct.) when he saw a black male and a white female arguing in front of IHOP. Off. Garcia said he saw the male strike the female and then shove her into the telephone stand. At that time he identified himself as a police officer and yelled for the male to move away from the female. Off. Garcia said that this male looked at him and then started towards him. At that time, because the male had struck the female, Off. Garcia said he felt threatened and took out his off-duty stainless 9mm handgun from a fanny pack pouch around his waist.

    Off. Garcia denied pointing the handgun at Ronnie Cade. Off. Garcia stated that he held the gun pointed downward in a "low ready" position in front of him. He said at the same time he yelled for several nearby females to call 9-1-1. He said he again identified himself to this male and the male then backed away and left the area. When the responding officers arrived at IHOP and asked Off. Garcia whether or not any weapons had been shown, Off. Garcia stated that he thought the officers meant whether or not the couple involved in the domestic had shown any weapons. Off. Garcia said he didn't realize the officers meant did he show any weapon. Off. Garcia showed me his weapon which was an Interarms Fire Star Plus, stainless steel, 9mm. Off. Garcia stated he always carries his handgun loaded with a round in the chamber and the safety off. Upon looking at his gun at that time it was as he said.



- Page 3 of 4 -

I then contacted Ann Michelle Brooks who had been with Off. Garcia at IHOP. Ms. Brooks verified Off. Garcia's version of the domestic, but said that she went back inside IHOP when Off. Garcia reached for his waist and she did not see what transpired further. When the male half of the domestic left and the female returned inside IHOP Ms. Brooks went back outside and sat in Off. Garcia's vehicle to await the arrival of responding officers. Ms. Brooks stated that none of the officers asked her what she had seen.

I contacted Vernon Moore, the 12-yr. old male who had been in the vehicle with Maegen Cooper and Ronnie Cade. Vernon Moore agreed with Maegen Cooper in that he saw Off. Garcia point his gun at Ronnie Cade and pull back the slide. When Ronnie Cade returned to the car with Cooper and Moore he told them that everything was allright; that the hispanic male with the gun was a police officer.

On contacting Erica Cade a second time, she again did not wish to give a statement and stated that she did not see Off. Garcia pointing any gun. She also denied that Ronnie Cade had struck her; only that they had been arguing loudly.

I feel that Off. Garcia had reacted to what he perceived as a physical domestic conflict at IHOP when he intervened. Off. Garcia stated that he first identified himself as a police officer by showing his wallet/badge. This could not be confirmed. Although Ms. Brooks agreed with Off. Garcia that he showed his ID, neither Ronnie Cade, Maegen Cooper or Vernon Moore agreed. Ronnie Cooper did say Off. Garcia identified himself as a police officer.

Off. Garcia said he took out his handgun and held it pointed downward and not pointed at anyone. Ronnie Cade, Maegen Cooper and Vernon Moore disagreed and said he not only pointed it but pulled back the slide. If Off. Garcia had pulled back the slide as they described, a bullet would have been ejected from the handgun, as Off. Garcia keeps one round in the chamber at all times. Since no one said they saw a bullet eject, I cannot verify that Off. Garcia pulled back the slide of his handgun.

Off. Garcia and Ms. Brooks said that they saw Ronnie Cade strike Erica Cade and shove her into the telephone stand. Ronnie Cade, Erica Cade, Maegen Cooper and Vernon Moore disagreed and said the argument was verbal only. (Ronnie Cade has been arrested by this department in the past for Breach of Peace, the record for which has been expunged).

COPY

- Page 4 of 4-

    Although Off. Garcia's intentions were to prevent a possible domestic assault from taking place there did not appear to be cause to take out his handgun, since no weapons had been shown by either participant in the domestic. Even if Ronnie Cade struck his wife across the side of her head and shoved her into the telephone stand as Off. Garcia reported, no weapons were involved other than hands; therefore, taking out his off-duty handgun was not necessary.

Lt. Matthew Morton                              Supervisor:

