UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARION HOLEMAN ET AL | : | NO.: 3:00 CV 1608 (DJS) |
| v. | : | |
| CITY OF NEW LONDON, ET AL | : | SEPTEMBER 14, 2004 |

### APPEARANCE

Please enter the appearance of JOHN J. RADSHAW, III, ct19882, as attorney for the defendants, CITY OF NEW LONDON, NEW LONDON POLICE DEPARTMENT, GASPAR VINCENT GARCIA, BRUCE RINEHART, GREG WILLIAMS AND JOHN DOE, in addition to the appearances already on file by this firm.

THE DEFENDANTS,
CITY OF NEW LONDON, NEW
LONDON POLICE DEPARTMENT,
GASPAR VINCENT GARCIA, BRUCE
RINEHART, GREG WILLIAMS AND
JOHN DOE

John J. Radshaw, III
ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (fax)

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of September 2004.

Sandy M. Moore, Esquire
Attorney at Law
80 Broad Street
New London, CT  06320

Richard Hustad Miller, Esquire
Attorney at Law
POB 365
Uncasville, CT 06382

Jeffrey T. Londregan, Esquire
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320-1351

Lynn D. Wittenbrink, Esquire
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

_____
John J. Radshaw, III

2