**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARION HOLEMAN, ET AL | : | NO.: 3:00 CV 1608 (DJS) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW LONDON, ET AL | : | OCTOBER 11, 2004 |

**INDEX TO RECORD ON APPEAL**

| Date Filed | Court Doc. # | Document Name | Document No. |
|---|---|---|---|
| 08/23/2000 | 1 | Complaint | 1 |
| 09/27/2000 | 13 | Answer & Affirmative Defenses | 2 |
| 12/20/2002 | 36 | Defendants' Motion for Summary Judgment | 3 |
| 12/20/2002 | 37 | Defendants' Local Rule 9(c)1 Statement | 4 |
| 12/20/2002 | 38 | Defendants' Memorandum of Law in support of Motion for Summary Judgment | 5 |
| 01/31/2003 | 45 | Plaintiffs' Statement of Material Facts in Opposition | 6 |
| 02/26/2003 | 48 | Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment | 7 |
| 03/03/2003 | 49 | Plaintiff's Reply Memorandum of Law | 8 |
| 04/04/2003 | 55 | Plaintiff's Revised Statement of Material Facts | 9 |
| 08/16/2004 | 94 | Memorandum of Decision | 10 |
| 09/14/2004 | 99 | Notice of Appeal | 11 |

2

                      THE DEFENDANTS,
                      CITY OF NEW LONDON, NEW
                      LONDON POLICE DEPARTMENT,
                      GASPAR VINCENT GARCIA, BRUCE
                      RINEHART, GREG WILLIAMS and
                      JOHN DOE

                      /s/John J. Radshaw, III
                      John J. Radshaw, III, ct19882
                      HOWD & LUDORF
                      65 Wethersfield Avenue
                      Hartford, CT  06114
                      (860) 249-1361
                      (860) 249-7665 (fax)
                      E-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 11th day of October, 2004.

| | |
|---|---|
| Sandy M. Moore, Esquire<br>Attorney at Law<br>80 Broad Street<br>New London, CT  06320 | Jeffrey T. Londregan, Esquire<br>CONWAY & LONDREGAN, P.C.<br>38 Huntington Street<br>P.O. Box 1351<br>New London, CT  06320-1351 |
| Richard Hustad Miller, Esquire<br>Attorney at Law<br>POB 365<br>Uncasville, CT 06382 | |

                      /s/John J. Radshaw, III
                      John J. Radshaw, III