**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 30th day of September, two thousand and five.

Before:   Hon. Dennis Jacobs,
          Hon. Robert A. Katzmann,
          Hon. Peter W. Hall,
                    *Circuit Judges*



Docket No. 04-5031-cv

---

MARION HOLEMAN and WALLACE HOLEMAN, ADMINISTRATRIXES OF THE ESTATE OF DARREL HOLEMAN,

<u>PLAINTIFFS-APPELLEES</u>,

- v.-

CITY OF NEW LONDON, NEW LONDON POLICE DEPARTMENT, GASPAR VINCENT GARCIA, BRUCE RINEHART, GREG WILLIAMS and JOHN DOE,

<u>DEFENDANTS-APPELLANTS</u>,

OFFICE OF ADULT PROBATION, STATE OF CT JUDICIAL DEPT. and DEPT. OF CORRECTIONS, STATE OF CT,

<u>MOVANT</u>.

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is REVERSED in part, and in part DISMISSED for lack of appellate jurisdiction in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, Clerk
by _____
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk

Tracy W. Young
Motions Staff Attorney

ISSUED AS MANDATE: OCT 2 4 2005