# United States District Court
## District of Connecticut

|  |  |
|---|---|
| : | |
| : | |
| Marion Holeman | : |
| *Plaintiff* | : |
| v. | :          Case No.  3:00cv1608(WWE) |
| | : |
| City of New London | : |
| *Defendant* | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

_____    All purposes except trial, unless the parties consent to trial before the magistrate judge

_____    A ruling on all pretrial motions except dispositive motions

_____    To supervise discovery and resolve discovery disputes

_____    A ruling on the following motions which are currently pending:
Doc#

✖    A settlement conference

_____    A conference to discuss the following:

_____    Other:

SO ORDERED this ___17th___ day of ___January___ , ___2006___ at Bridgeport, Connecticut.

/s/_____
Warren W. Eginton
Senior United States District  Judge