UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOLEMAN,                           :
                                   :
                                   :   No. 00CV1608 (WWE)
v.                                 :
                                   :
NEW LONDON,                        :

## PRETRIAL ORDER

This case is scheduled to begin trial the week of July 10, 2006. Jury selection will occur on July 10, 2006. By May 10, 2006, each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Proposed Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this January 12, 2006 at Bridgeport, Connecticut.

_____/S/_____
Warren W. Eginton
Senior U.S. District Judge