UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marion Holeman, et al

V.                          Case Number:  3:00cv1608(WWE)

City of New London, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 3/22/06 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 21, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 23, 2006.


KEVIN F. ROWE, CLERK

By:/s/ _____
        Rosalie A. Krajcik
        Deputy Clerk