UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARION HOLEMAN,et al
Admin Estate of Darell Holeman

    v.                                                                                        3:00CV1608 WWE

City of New London

## JUDGMENT

On March 23, 2006, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before April 21, 2006.  No closing papers have been received and no requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 24th day of April, 2006.

                                                                  KEVIN F. ROWE, Clerk

                                                                  By /s/_____
                                                                        Rosalie A. Krajcik
                                                                         Deputy Clerk

Entered on Docket _____