UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARION HOLEMAN AND<br>WALLACE HOLEMAN,<br>Administratrixes of the Estate of<br>Darrell Holeman<br>               Plaintiffs<br>VS.<br><br>CITY OF NEW LONDON,<br>NEW LONDON POLICE DEPARTMENT<br>GASPAR VINCENT GARCIA,<br>BRUCE RINEHART, GREG WILLIAMS<br>AND JOHN DOE<br>               Defendants | CIVIL ACTION NO.<br>3:00-CV-1608 (DJS)<br><br><br><br><br><br><br><br><br><br>MAY 23, 2006 |

## MOTION TO OPEN AND SET ASIDE JUDGMENT

Plaintiffs hereby respectfully request the court to open the judgment of dismissal dated April 24th, 2006 pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within thirty days, upon good cause shown, to reopen the case if settlement has not been consummated. Despite the Plaintiff's compliance with all terms of the settlement including, but not limited to, probate court approval on 4/22/06 and tendering of a fully executed release to the Defendants in March, 2006, the Defendants have failed to fulfill their obligations under the settlement. Thus the settlement has not been consummated through no fault of the Plaintiffs.

**Sandy M. Moore, Attorney at Law**
80 Broad Street, New London, CT 06320
Ph: (860) 444-6124  Fax: (860) 701-0492
Fed. No. CT-19322

WHEREFORE, The Plaintiffs request that the judgment of dismissal be set aside and the case be opened and that the Court further order the Defendants to pay attorneys fees and expenses associated with this motion.

THE PLAINTIFFS

By: _____
Sandy M. Moore
Federal Bar No. CT-19322
Law office of Attorney Sandy M. Moore
80 Broad Street
New London, CT 06320
Tel: 860.444.6124
Fax: 860.701.0492
Email: smmnilaw@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to the following on this 23th day of May, 2006:

**Richard Hustad Miller**, Esq.
PO Box 365
Uncasville, CT 06382-0365
Email: attorney.miller@bigfoot.com

**Daniel C. DeMerchant**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
Email: ddemerchant@hl-law.com

**Alexandria L. Voccio**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
Email: avoccio@hl-law.co

**Jay T. DonFrancisco**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
Email: jdonfrancisco@hl-law.com

**Jeffrey T. Londregan**
Conway & Londregan
38 Huntington St., PO Box 1351
New London, CT 06320
Email: jlondregan.c-l@snet.net

**John J. Radshaw, III**
Howd & Ludorf, LLC
65 Wethersfield Ave.
Hartford, CT 06114-1190
Email: jradshaw@hl-law.com

**Lynn D. Wittenbrink**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
Email: lynn.wittenbrink@po.state.ct.us

**Neil D. Parille**
Attorney General's Office
110 Sherman St.
Hartford, CT 06105
Email: neil.parille@po.state.ct.us

**Thomas R. Gerarde**
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190
Email: tgerarde@hl-law.com

Attorney Sandy M. Moore
Commissioner of the Superior Court