UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARION HOLEMAN AND | : | |
| WALLACE HOLEMAN, | : | |
| ADMINISTRATRIXES OF THE | : | |
| ESTATE OF DARRELL HOLEMAN | : | NO.: 3:00CV1608 (WWE) |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW LONDON, | : | |
| NEW LONDON POLICE DEPARTMENT, | : | |
| GASPAR VINCENT GARCIA, | : | |
| BRUCE RINEHART, GREG WILLIAMS | : | |
| AND JOHN DOE | : | MAY 24, 2006 |

### OBJECTION TO PLAINTIFFS' MOTION TO OPEN AND SET ASIDE JUDGEMENT

The defendants in the above-captioned matter respectfully requests that this Court deny the plaintiffs' May 23, 2006 Motion to Open And Set Aside Judgment, as the plaintiffs have offered no good cause to reopen this case. **Indeed, the defendants represent that settlement has been consummated.** In support of this objection, the defendants submit as follows:

1. A settlement conference was held before the Honorable Holly B. Fitzsimmons, whereby the parties reached settlement of this case in the amount of $85,000.00, conditioned on probate court approval;

2. By way of Order dated April 24, 2006, the Court ordered "the complaint dismissed pursuant to Local Rule 41(b), without costs to any party and

ORAL ARGUMENT IS REQUESTED

    without prejudice to the right of any party to move within 30 days, ***upon good cause shown***, to reopen the case if the settlement has not been consummated" (Bold added) (Court Order 4/24/06, **Exhibit A**);

3. The defendants received a properly executed release from the plaintiffs on April 11, 2006 (Correspondence from Atty. Moore 4/10/06 with receipt stamp made on the reverse side, **Exhibit B**);

4. Despite the plaintiffs representation that probate court approval was given on April 22, 2006, the defendants did not receive notice of the approval until **May 1, 2006** (Correspondence from Atty. Moore 4/28/06 with receipt stamp made on the reverse side, **Exhibit C**);

5. On May 15, 2006, the undersigned received the settlement draft in the amount of $85,000.00 from the insurance carrier and forwarded the same by way of certified mail to Attorney Sandy Moore under a cover letter dated **May 15, 2006**. (Correspondence from Atty. DeMerchant dated 5/15/06, copy of certified mail certificate, and copy of the check, **Exhibit D**);

6. Subsequently, this Law Office learned that the May 15, 2006 letter and settlement draft was determined undeliverable by the United States Post Office for an unspecified reason and would be returned to this Law Office;

7. Upon receipt of this information, this Law Office contacted Attorney Moore's office and apprised Attorney Moore's assistant of the situation;

8. In response to this good faith disclosure, Attorney Moore now moves this Court to reopen and set aside the judgment seeking to litigate this case to

verdict despite a binding settlement agreement and knowledge that the defendants, through counsel, have been diligently attempting to consummate settlement;

9. Attorney Moore did not attempt to contact the undersigned to discuss the situation or offer suggestions for resolving the same;

10. On this date, this Law Office received the return correspondence with the settlement draft;

11. Also on this date, the undersigned contacted Attorney Moore's office and received permission from Attorney Moore's assistant (who spoke to someone within the office for approval) to mail the settlement draft overnight delivery to her office;

12. The plaintiffs have shown no good cause to reopen this case and set aside the judgment; in fact, **the plaintiffs' motion is now moot, as the settlement draft has been forwarded to the plaintiffs**.

WHEFORE, based on the forgoing, the defendants in this matter respectfully requests that this Court issue the following Orders:

1. Deny the plaintiffs' motion to open and set aside;
2. Deny the plaintiffs' request for attorneys' fees and costs;
3. Award the defendants any relief this Court deems just and proper for having to respond to the plaintiffs' motion.

>
> DEFENDANTS,
> CITY OF NEW LONDON, NEW LONDON POLICE DEPARTMENT, GASPAR VINCENT GARCIA, BRUCE RINEHART, GREG WILLIAMS AND JOHN DOE
>
>
> By     /s/ Daniel C. DeMerchant
>    Daniel C. DeMerchant
>    Howd & Ludorf, LLC
>    65 Wethersfield Avenue
>    Hartford, CT  06114
>    (860) 249-1361
>    (860) 249-7665 (fax)
>    E-mail:  ddemerchant@hl-law.com
>    ct19342

## CERTIFICATION

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 24th day of May, 2006.

Sandy M. Moore, Esquire
Attorney at Law
80 Broad Street
New London, CT  06320

Jeffrey T. Londregan, Esquire
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT  06320-1351

Richard Hustad Miller, Esquire
P.O. Box 365
Uncasville, CT 06382

                                                    /s/ Daniel C. DeMerchant