# Sandy M. Moore Attorney at Law

Admitted CT, IL

April 10th, 2006

VIA Certified Mail RRR
7004 1350 0005 2931 1216

Daniel DeMerchant, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190

RE:   Holeman vs. The City of New London

Dear Attorney DeMerchant:

Enclosed please find the fully executed release regarding the settlement of the aforementioned case. I will contact you upon receiving probate court approval.

Sincerely,

Attorney Sandy Moore

Enclosure(s)

EXHIBIT B

80 Broad Street / New London, Connecticut 06320 / (860) 444-6124 • Fax (860) 701-0492

RECEIVED
APR 1 1 2005
BY: DCD

EXHIBIT B