# Sandy M. Moore  Attorney at Law

Admitted CT, IL

April 28, 2006

Atty. Daniel DeMerchant
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

**RE: Holeman v State of Connecticut**

Dear Atty. DeMerchant,

Enclosed, please find the approval from probate court in the above captioned matter. If you have any questions or concerns, please feel free to contact my office.

Sincerely,

Atty. Sandy M. Moore

SMM/mm
Enclosure(s)

EXHIBIT C

80 Broad Street / New London, Connecticut 06320 / (860) 444-6124 • Fax (860) 701-0492

RECEIVED
MAY 0 1 2006
BY: DCD

EXHIBIT C