# HOWD & LUDORF, LLC

ATTORNEYS AT LAW

65 WETHERSFIELD AVENUE
HARTFORD, CT 06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◊
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◊
BEATRICE S. JORDAN
JAY T. DonFRANCISCO
JOHN J. RADSHAW, III◊
MARTHA A. SHAW*
MELANIE A. DILLON
MAGDALENA P. CAPASSO*

CHRISTOPHER J. PICARD
JASON E. INDOMENICO
ALAN R. DEMBICZAK
◊DAVID W. COLWICK
CHRISTY H. DOYLE
KEVIN M. TIGHE
◊¤ROBIN B. KALLOR
JEFFREY E. POTTER
KRISTAN M. MACCINI
JOHANNA A. GORDON
◊~SAMUEL I. REICH

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◊ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS
¤ ALSO ADMITTED IN NEW JERSEY
~ ALSO ADMITTED IN DISTRICT OF COLUMBIA

May 15, 2006

**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Sandy M. Moore, Esquire
Attorney at Law
80 Broad Street
New London, CT 06320

Re:   Estate of Darrell Holeman v. City of New London, et al
      H&L File No.: 45-14169

Dear Attorney Moore:

Enclosed is the defendants' settlement draft in the amount of $85,000 in full and final settlement of the above matter. Per our previous discussions, please forward payment to Lieutenant Dan Wicks for his deposition appearance at your earliest practical time.

Thank you for your assistance in resolving this dispute.

Very truly yours,

Daniel C. DeMerchant

DCD/jkr
Encl.

EXHIBIT D

| | | |
|---|---|---|
| MNP | **GREAT AMERICAN INSURANCE COMPANY**<br>580 Walnut Street, Cincinnati, OH 45202 | No. 029 894018 |
| INSURED: | City Of New London | DATE: May 12, 2006 |
| CLAIMANT: | Estate Of Darrell Holeman | VOID IF OVER 180 DAYS |
| STMT. OF ACCT.: | Full and Final Settlement of All Claims | |
| PAY: | Eighty-Five Thousand Dollars and 00/100****************DOLLARS | $***85,000.00*** |

PAY TO THE ORDER OF:
Attorney Sandy M. Moore, in trust for Marian Holeman & Wallace Holeman, Administratixes of the estate of Darrell Holeman
P O Box 365
Uncasville, CT 06382-0365

National City
Ashland, OH
56-389/412

| PROD. REG. 18-20 | KEY 21-23 | CLAIM NUMBER 24-29 | POLICY NUMBER 30-36 | SKIP 37-51 | ACCIDENT DATE |
|---|---|---|---|---|---|
| 029 | 531 | 537875 | 3569633 | | 8/22/99 |

GREAT AMERICAN INSURANCE COMPANY
BY: *[signature]*
AUTHORIZED SIGNATURE

⑈029894018⑈ ⑆041203895⑆ 022948⑈



EXHIBIT D